THE HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BEVERLY J. KNODEL, <br><br> Plaintiff, <br><br> vs. <br><br> PROVIDENCE HEALTH AND SERVICES, DBA: PROVIDENCE SOUNDHOMECARE AND HOSPICE. <br><br> Defendants. | Cause No.: 3:10-cv-05292-BHS <br><br> **ORDER EXTENDING DISCOVERY CUT-OFF DEADLINE** |

THIS MATTER coming on for hearing this date upon the motion of RICHARD H. WOOSTER OF KRAM, JOHNSON, WOOSTER & McLAUGHLIN for an Order Extending the Discovery Cut-off Deadline from May 16, 2011, to June 17, 2011; the court having reviewed the Declaration of Richard H. Wooster in support thereof and it appearing that there is no opposition to an extension; and the court being fully advised in the premises; NOW, THEREFORE, it is hereby

ORDERED that the Discovery Cutoff Deadline established in this case for May 16, 2011, is hereby extended to and including June 17, 2011; and the Discovery Motion Deadline be moved from April 18, 2011 be extended to and including May 16, 2011.

It is further

ORDERED, that all other dates stated in the Minute Order of August 26, 2010, remain the same.

**ORDER EXTENDING DISCOVERY CUTOFF**

Page 1

Law Offices of
**Kram, Johnson, Wooster & McLaughlin, P.S.**
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

DATED this 20th day of April 2011.

_____
BENJAMIN H. SETTLE
US District Court Judge

Presented by:

KRAM, JOHNSON, WOOSTER
& McLAUGHLIN


By S/Richard H.Wooster_____
   RICHARD H. WOOSTER, WSBA #13751
   Attorney for Plaintiff


**NOTICE OF PRESENTATION WAIVED**


DAVID WRIGHT TREMAINE LLP


_____
Katie Rosen, WSBA #29465
Attorneys for Defendants

**ORDER EXTENDING DISCOVERY CUTOFF**

Page 2

Law Offices of
**Kram, Johnson, Wooster & McLaughlin, P.S.**
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile